Richard ULRICH, Appellant

v.

Governor Tom WOLF, Secretary John Wetzel, Superintendent Tammy Ferguson, Appellees.

Supreme Court of Pennsylvania.

Aug. 15, 2016.

---

**ORDER**

PER CURIAM.

**AND NOW,** this 15th day of August, 2016, the Order of the Commonwealth Court is **AFFIRMED.**